

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KDE
F. #2015R00270

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 5, 2019

By E-mail and ECF

The Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Renato Barca, et al.
             Criminal Docket No. 19-575

Dear Judge Reyes:

      The government respectfully moves for an order unsealing a redacted form of the indictment and certain arrest warrants in the above-captioned matter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:      /s/
      Keith D. Edelman
      Kayla C. Bensing
      Assistant U.S. Attorneys
      (718) 254-6328/6279

Enclosure

cc:    Clerk of Court (by ECF)
       All Counsel (by ECF)