# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   **Ramon E. Reyes Jr.**                           DATE: **12/5/19**

DOCKET NUMBER:   **19CR575(FB)**                               LOG #: **3:56- 4:43**

DEFENDANT'S NAME: **Andrew Campos**
  √ Present    ___ Not Present       √ Custody   ___ Bail

DEFENSE COUNSEL:   **Henry Mazurek**
  ___ Federal Defender   ___ CJA      √ Retained

A.U.S.A: **Keith Edelman**                       CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

X   Defendant arraigned on the: X indictment ___ superseding indictment ___ probation violation

X   Defendant pleads NOT GUILTY to ALL counts.

√   DETENTION HEARING Held.   X   Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

X   Order of Excludable Delay/Speedy Trial entered. Start **12/5/19**  Stop **1/16/20**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

√   Status conference set for **1/16/20** @ **2:30** before Judge **Block**

Other Rulings: **Dfse counsel presented a bail package of 1.5 million dollars, 4 properties, and 6 sureties; govt opposed; court denied application. Order of detention entered.**