

125 Park Avenue, 7th Floor
New York, NY 10017
Telephone (212) 655-3500
Facsimile (212) 655-3535

Henry E. Mazurek
*Partner*
Direct (212) 655-3594
Fax (646) 682-9222
hem@msf-law.com

December 23, 2019

<u>VIA ECF</u>

Hon. Frederic Block
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 10C South
Brooklyn, NY 11201

  Re: *United States v. Andrew Campos*, 19-cr-575

Dear Judge Block:

  We represent Defendant Andrew Campos in the above-captioned case. The Court ordered that Mr. Campos' bond be secured by eight co-signors and four properties, per Mr. Campos' proposed conditions. Since our submission on December 11, 2019, we have conferred with the government and propose a modification to Mr. Campos' bail conditions: that Mr. Campos' bail be secured by six co-signors and three homes. In light of the Court's Order, the government does not object to this request.

  In addition, because of the upcoming holiday and limited court schedules, the United States Marshals have informed us that they are unable to produce Mr. Campos to Court tomorrow. As officers of the Court, Ms. Haramati and I propose personally transporting Mr. Campos to Court tomorrow. The government does not object to this proposal.

    Respectfully submitted,

     /s/ HEM
    Henry E. Mazurek
    Ilana Haramati
    Meister Seelig & Fein LLP
    125 Park Avenue, Suite 700
    New York, New York 10017

    *Counsel for Defendant Andrew Campos*