# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE __Peggy Kuo__  DATE: __12/26/19__

DOCKET NUMBER: __19CR~~552~~ 575 (FB)__  LOG #: __11:32 — 11:57__

DEFENDANT'S NAME: __Andrew Campos__
✓ Present ___ Not Present  ✓ Custody ___ Bail

DEFENSE COUNSEL: __Henry Mazurek__
___ Federal Defender ___ CJA  ✓ Retained

A.U.S.A: __Jonathan Siegel__  CLERK: __Felix Chin__

INTERPRETER: _____ (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

✓ DETENTION HEARING Held. ___ Defendant's first appearance.
- ✓ Bond set at __4.5 million__. Defendant ✓ released ___ held pending satisfaction of bond conditions.
- ✓ Defendant advised of bond conditions set by the Court and signed the bond.
- 6 Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
- ___ (Additional) surety/ies to co-sign bond by _____
- ___ After hearing, Court orders detention in custody. ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start_____ Stop_____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____