

*Ilana Haramati*
*Of Counsel*
Direct (646) 363-6090
Fax (212) 655-3535
ih@msf-law.com

February 6, 2020

**Via ECF**

Hon. Frederic Block
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 10C South
Brooklyn, NY 11201

  **Re:**   *United States v. Andrew Campos*, **19-cr-575**

Dear Judge Block:

  I write on behalf of defendant Andrew Campos in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Danbury, Connecticut on February 10, 2020 to accompany his daughter to a medical procedure.

  I have discussed this request with the government (AUSA Edelman) and Pretrial Services (Officer Ferguson) who do not object to the proposed modification.

Respectfully Submitted,
/s/ Ilana Haramati
Ilana Haramati

cc:   Counsel of Record (*via ECF*)