U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEG:KDE/KCB
F.#2015R00270

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2020

By E-mail and ECF

The Honorable Rachel P. Kovner
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Andrew Campos
     Criminal Docket No. 19-575 (FB)

Dear Judge Kovner:

  The government respectfully submits this letter to notify the Court that, based upon new information, the government withdraws its motion to revoke the defendant Andrew Campos's bond pending further investigation.

          Respectfully submitted,

          RICHARD P. DONOGHUE
          United States Attorney

     By:    /s/
          Keith D. Edelman
          Kayla C. Bensing
          Assistant U.S. Attorneys
          (718) 254-6328/6279

cc: Clerk of Court (FB) (by ECF)
   Defense Counsel (by ECF)