

<i>Ilana Haramati<br>Of Counsel</i><br>Direct (646) 860-3130<br>Fax (212) 655-3535<br>ih@msf-law.com

<u>**VIA ECF**</u>

Hon. Frederic Block
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 10C South
Brooklyn, NY 11201

    Re:    *United States v. Barca et al.*, 19-cr-575

Dear Judge Block:

    We respectfully write on behalf of defendant Andrew Campos to request leave to file a reply to the government's response to Mr. Campos' motion for modification of his bail conditions. We seek permission to file this reply with the Court by the end of the day Wednesday September 2, 2020.

    Thank you for your consideration of this request.

                                  Respectfully submitted,

                                  /s/ IH
                            Henry E. Mazurek
                            Ilana Haramati
                            Meister Seelig & Fein LLP
                            125 Park Avenue, Suite 700
                            New York, New York 10017

                            *Counsel for Defendant Andrew Campos*

cc:    Counsel of Record (*via ECF*)