**USA V. BARCA**
**CR-19-575**

AUSA KEITH EDEILMAN  X6328
    KAYLA BENSING X6279

**DEFENDANTS:**

| | |
|---|---|
| RENATO BARCA (B) | MELISSA MADRIGAL or ERIC CREIZMAN |
| ANDREW CAMPOS (B) | HENRY MAZUREK & ILANA HARAMATI |
| GEORGE CAMPOS (B) | FLORIAN MIEDEL |
| JAMES CIACCIA (B) | VINCENT GELARDI |
| CARLOS COBOS (B)(INT) | TODD GREENBERG |
| BENITO DIZENZO (B) | JAMES ROCCO MONTELEON |
| VINCENT FIORE (B) | LAWRENCE DiGIANSANTE |
| MARK KOCAJ (B) | CHRISTOPHER BOOTH |
| RICHARD MARTINO (B) | MAURICE SERCARZ |
| JOHN SIMONLACAJ (B) | GLENN COLTON |
| FRANK TARUL (B) | ERIC FRANZ |
| MICHAEL TARUL (B) | KELLY SHARKEY |