Case 1:19-cr-00575-FB   Document 242   Filed 01/15/21   Page 1 of 1 PageID #: 1375

Clerk's Office

Filed Date:

01/15/2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF
NEW YORK
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x

UNITED STATES OF AMERICA,

-against-

Docket No. 19-CR-00575 (FB)

ANDREW CAMPOS,

Defendant.
---------------------------------------------------------x

## CONSENT TO HAVE A PLEA TAKEN
## BEFORE A UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge has informed me of my right to have my plea taken before a United States District Judge. I have further been advised, however, that I may consent to have the plea taken before a Magistrate Judge. I understand that I will suffer no prejudice if I refuse to so consent. I further understand that if I do not consent, the District Court Judge assigned, rather than the Magistrate Judge, will conduct the plea allocution.

After having discussed this matter fully with my counsel, I hereby consent to enter my plea before a Magistrate Judge.

_____
Defendant

_____
Defendant's Attorney

_____
U.S. Attorney
by AUSA

Dated: January 15, 2021
       Brooklyn, New York

BEFORE: /s Roanne L. Mann
         _____
         ROANNE L. MANN
         UNITED STATES MAGISTRATE JUDGE