# CRIMINAL CAUSE FOR PLEADING

**BEFORE:** Magistrate Judge Roanne L. Mann   **DATE:** January 15, 2021   **TIME:** 2:00 pm-3:40 pm

**DOCKET #** 19-CR-575 (FB)

**DEFENDANT:** Andrew Campos
  X  present    ___ not present           ___ cust.        X  bail

**DEFENSE COUNSEL:** Henry Mazurek, Ilana Haramati
  X  present    ___ not present    ___ CJA    X   Retained        ___ Fed. Defenders

**DEFENDANT:** Vincent Fiore
  X  present    ___ not present           ___ cust.        X  bail

**DEFENSE COUNSEL:** Lawrence DiGiansante
  X  present    ___ not present    ___ CJA    X   Retained        ___ Fed. Defenders

**DEFENDANT:** Mark Kocaj
  X  present    ___ not present           ___ cust.        X  bail

**DEFENSE COUNSEL:** Christopher Booth
  X  present    ___ not present    ___ CJA    X   Retained        ___ Fed. Defenders

**A.U.S.A.:** Keith Edelman, Kayla Bensing      **CLERK:** J. Proujansky

**COURT REPORTER:** C. Heading

  X    CASE CALLED

DEFTS.    X    SWORN
              ____ ARRAIGNED
               X   INFORMED OF RIGHTS
               X   WAIVE TRIAL BEFORE DISTRICT COURT

  ____   INITIAL APPEARANCE

  X    DEFT ANDREW CAMPOS ENTERS **GUILTY PLEA** TO COUNT 1 OF THE INDICTMENT

  X    DEFT VINCENT FIORE ENTERS **GUILTY PLEA** TO COUNT 1 OF THE INDICTMENT

  X     DEFT MARK KOCAJ ENTERS **GUILTY PLEA** TO COUNT 16 OF THE INDICTMENT

  X    COURT FINDS A FACTUAL BASIS FOR THE PLEAS.

  X    SENTENCING TO BE SET BY PROBATION

  ____ BAIL CONT'D FOR DEFT.

____ DEFT CONT'D IN CUSTODY.
____ CASE ADJ'D TO _____ FOR _____

____ **SPEEDY TRIAL** INFO FOR DEFT _____ STILL IN EFFECT
CODE TYPE _____ START _____ STOP _____
____ ORDER / WAIVER EXECUTED & FILED.   ____ ENT'D ON RECORD.

**OTHER:** PARTIES CONSENT TO PROCEED BY VIDEO. THE COURT FINDS THAT A REMOTE PROCEEDING IS NECESSARY BECAUSE OF THE COVID-19 PANDEMIC.  RULE 5 BRADY ORDER STATED ON THE RECORD.  PURSUANT TO FEDERAL RULE 11 OF CRIMINAL PROCEDURE, MAGISTRATE MANN DID ADMINISTER THE ALLOCUTIONS. A FINDING HAS BEEN MADE THAT THE PLEAS WERE MADE KNOWINGLY AND VOLUNTARILY AND THE PLEAS WERE NOT COERCED.  THE MAGISTRATE RECOMMENDS THAT THE PLEAS OF GUILTY BE ACCEPTED.