

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KDE/KCB
F. # 2015R00270

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 26, 2021

By ECF

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

      Re:   United States v. Barca, et al.
            Criminal Docket No. 19-575 (AMD)

Dear Judge Donnelly:

      On January 12-15, 2021, the twelve defendants in the above-captioned case pleaded guilty before Magistrate Judge Roanne L. Mann to various counts of the above-captioned indictment. A copy of the transcripts of the guilty plea allocutions and a proposed order are attached hereto. See Ex. A (Jan. 12, 2021 Tr. of G. Campos, Dizenzo and Simonlacaj guilty pleas); Ex. B (Jan. 12, 2021 Tr. of Cobos guilty plea); Ex. C (Jan. 13, 2021 Tr. of Ciaccia, Martino and F. Tarul guilty pleas); Ex. D (Jan. 14, 2021 Tr. of Barca and M. Tarul guilty pleas); Ex. E (Jan. 15, 2021 Tr. of A. Campos, Fiore and Kocaj guilty pleas).

The government respectfully submits this letter to request that the Court accept the guilty pleas entered before Magistrate Judge Mann.

Respectfully submitted,

SETH D. DuCHARME
Acting United States Attorney

By: _____/s/_____
Keith D. Edelman
Kayla C. Bensing
Assistant U.S. Attorneys
(718) 254-6328/6279

Encl.

cc: Defense Counsel (by ECF)