KDE/KCB
F. # 2015R00270

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RENATO BARCA, JR.,
    also known as "Ronny,"
ANDREW CAMPOS,
GEORGE CAMPOS,
JAMES CIACCIA,
CARLOS COBOS, SR.,
BENITO DIZENZO,
    also known as "Benny,"
VINCENT FIORE,
MARK KOCAJ,
    also known as "Chippy,"
RICHARD MARTINO,
JOHN SIMONLACAJ,
    also known as "John Si" and
    "Smiley,"
FRANK TARUL,
    also known as "Bones," and
MICHAEL TARUL,
    also known as "Perkins,"

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

ORDER

Criminal Docket No. 19-575 (AMD)

EASTERN DISTRICT OF NEW YORK, SS:

        The Court has reviewed the transcripts of the change of plea hearings of

defendants GEORGE CAMPOS, CARLOS COBOS, SR., BENITO DIZENZO and JOHN

SIMONLACAJ before Magistrate Judge Roanne L. Mann on January 12, 2021; defendants

JAMES CIACCIA, RICHARD MARTINO and FRANK TARUL before Magistrate Judge

Mann on January 13, 2021; defendants RENATO BARCA, JR. and MICHAEL TARUL before Magistrate Judge Mann on January 14, 2021; and defendants ANDREW CAMPOS, VINCENT FIORE and MARK KOCAJ before Magistrate Judge Mann on January 15, 2021; and hereby finds that each defendant, understanding his rights and the nature of the charges and penalties he faces, knowingly and voluntarily entered pleas of guilty to the counts of the indictment set forth in each plea proceeding. The Court further finds that there is a factual basis for each plea. The Court hereby accepts the guilty pleas of defendants RENATO BARCA, JR., ANDREW CAMPOS, GEORGE CAMPOS, JAMES CIACCIA, CARLOS COBOS, SR., BENITO DIZENZO, VINCENT FIORE, MARK KOCAJ, RICHARD MARTINO, JOHN SIMONLACAJ, FRANK TARUL and MICHAEL TARUL.

Dated: Brooklyn, New York
   January__, 2021

             _____
             The Honorable Ann. M. Donnelly
             United States District Judge
             Eastern District of New York