UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA

– against –

ANDREW CAMPOS,

        Defendant.

------------------X

ORDER OF RESTITUTION

Criminal Docket No. 19-575 (AMD)

WHEREAS, defendant ANDREW CAMPOS pleaded guilty on January 12, 2021, in the above-captioned case,

1. This order of restitution will be incorporated by reference to the Judgment and Commitment Order to be filed in connection with the above-captioned case.

2. The defendant ANDREW CAMPOS, on behalf of CWC Contracting Corp. ("CWC"), is directed to pay restitution to the Internal Revenue Service, U.S. Department of the Treasury, in the amount of $1,000,000, as specified in Exhibit A to this order. This restitution amount is ordered in full and complete satisfaction of the amounts owed under the Mandatory Victims Restitution Act ("MVRA") for defendant ANDREW CAMPOS's count of conviction related to CWC's unpaid employer portion of payroll taxes owed for 2014-2019. See 18 U.S.C. § 3663A.

3. Restitution in the amount of $500,000 must be paid on or before the date of the defendant's sentencing. All outstanding restitution payments shall be made in full no later than 270 days after the date of the Judgment and Commitment Order filed by the District Court in connection with the defendant's sentencing. The total restitution amount to be paid is $1,000,000 and the parties agree that no interest shall accrue until after 270 days after the date of the Judgment and Commitment Order filed by the District Court in connection with the

defendant's sentencing. See 18 U.S.C. § 3612(f), (h). Payments shall be made to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201. The payment instrument shall reference the case name and number, as set forth above.

4. The United States Attorney's Office of the Eastern District of New York (the "Office") retains all rights to attach or pursue other assets of defendant ANDREW CAMPOS and defendant VINCENT FIORE until the restitution order is satisfied in full, including, but not limited to causing the sale of (a) all assets owned by Dorset Properties LLC and/or (b) 288 Old Briarcliff Road, Briarcliff Manor, New York 10510. Nothing in this order abrogates or suspends the any of the Office's statutory rights to enforce the judgment.

5. Defendant ANDREW CAMPOS is jointly and severally liable for the restitution judgment with defendant VINCENT FIORE. See 19-CR-575 (FB) (E.D.N.Y.).

6. The United States Department of Probation and the United States Attorney's Office are directed to provide to the Clerk whatever assistance is necessary to assure prompt distribution of restitution payments. Upon full payment of the restitution, fine, special assessment or other penalty imposed in connection with the defendant's conviction, including any applicable interest, the United States Attorney's Office for the Eastern District of New York will provide the defendant with a satisfaction of judgment. The Clerk is directed to mail a copy

of the instant document and the attachment to the Criminal Assistant assigned to the instant case and the Financial Litigation Unit of the United States Attorney's Office of the Eastern District of New York.

Dated: Brooklyn, New York
February 10, 2022

s/Ann M. Donnelly
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------X

UNITED STATES OF AMERICA                    Criminal Docket No. 19-575 (FB)

- against -

ANDREW CAMPOS,

                Defendant.

------------------X

## EXHIBIT A TO ORDER OF RESTITUTION

| VICTIM NAME AND ADDRESS | LOSS AMOUNT |
|---|---|
| U.S. Department of Treasury<br>IRS-RACS<br>ATTN. MAIL STOP 6261<br>333ST PERSHING AVE.,<br>KANSAS CITY, MO 64108 | $1,000,000 |
| Total Restitution | $1,000,000 |